```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   SOUTHERN DIVISION
```

UNITED STATES OF AMERICA                                RESPONDENT

VERSUS                            CIVIL ACTION NO. 1:05cv364-DCB
                                   CRIMINAL NO. 1:02cr76-DCB

LESTER GONZALEZ                                          PETITIONER

## FINAL JUDGMENT

This matter came before the Court on the petitioner's motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 1 in civil action 1:05cv364 and docket entry no. 35 in criminal action 1:02cr76**], and the Court denied the motion in a separate Order.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 19th day of June, 2006.

                                   S/DAVID BRAMLETTE
                                   UNITED STATES DISTRICT JUDGE